**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| JOSE NOLBERTO TACURI-TACURI, )<br> )<br>        Petitioner, )<br> )<br>v. )<br> )<br>CHRISTOPHER BRACKETT, )<br>Superintendent of the Strafford )<br>County Department of Corrections, )<br> )<br>        Respondent. )<br> ) | Civil Action<br>No. 20-10167-PBS |

**ORDER**

February 21, 2020

Saris, D.J.

Within 7 days of the entry of this Order, Respondent shall file a brief addressing the merits of the petition (Docket No. 1), with supporting documentation, including the Order of the Immigration Judge with Respect to Custody, and if possible the transcript of the bond hearing. Respondent shall file a reply brief with supporting documentation within 7 days of the filing of Respondent's brief. These filings will facilitate resolution of the petition regardless of whether jurisdiction is proper in the District of Massachusetts or the District of New Hampshire. SO ORDERED.

/s/ PATTI B. SARIS
Patti B. Saris
United States District Judge